IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAN K. VODA, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07-CV-190-R |
| ) | |
| MERIT MEDICAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby dismisses this action without prejudice.

Dated this 7th day of June 2007.

s/Mitchell G. Stockwell
Mitchell G. Stockwell
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500 (telephone)
(404) 815S-6555 (facsimile)

John A. Kenney
McAFEE & TAFT
Tenth Floor, Two Leadership Square
Oklahoma City, OK 73102
(405) 235-9621 (telephone)
(405) 235-0439 (facsimile)

Attorneys for Plaintiff